UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELO FERGUSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MJ34 WRITE-UP, et al.,<br><br>　　　　Defendants. | Case No.: 2:24-cv-02024-RFB-DJA<br><br>**ORDER** |

On October 28, 2024, pro se plaintiff Angelo Ferguson, an inmate in the custody of the Nevada Department of Corrections, submitted a document that does not constitute a complaint and he neither paid the full $405 filing fee nor filed an application to proceed *in forma pauperis*. (*See* ECF Nos. 1-1, 1). If Plaintiff wants to proceed with this action, he must fille a signed complaint on this Court's approved form and either pay the full filing fee or apply for *in forma* pauperis status. The Court will grant Plaintiff an extension of time to correct both defects.

**I.   DISCUSSION**

　　**A.   Plaintiff must file a signed complaint.**

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

　　**B.   Plaintiff must either pay the filing fee or apply for pauper status.**

This Court must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma*

*pauperis*." Nev. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. LSR 1-2.

## II.   CONCLUSION

It is therefore ordered that Plaintiff has **until January 17. 2025**, to file a signed complaint.

It is further ordered that Plaintiff has **until January 17, 2025**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when he can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Angelo Ferguson the approved form application to proceed *in forma pauperis* for an inmate, the approved form for filing a 42 U.S.C. § 1983 complaint, and instructions for both documents.

DATED THIS 18th day of November 2024.

_____
UNITED STATES MAGISTRATE JUDGE